# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| In re: | § | Case No. 08-58151-TJT |
| | § | |
| SHELLIE ANN DOMALSKI | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>13</u> of the United States Bankruptcy Code was filed on <u>07/29/2008</u>. The case was converted to one under Chapter 7 on 12/01/2011. The undersigned trustee was appointed on <u>12/01/2011</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $152,593.08

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $30,570.73 |
   | Bank service fees | $442.65 |
   | Other Payments to creditors | $67,305.35 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $54,274.35 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/09/2013 and the deadline for filing government claims was 12/09/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,879.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,380.98, for a total compensation of $6,380.98[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $74.84, for total expenses of $74.84.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/20/2014  By:  /s/ Karen E. Evangelista
                            Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 08-58151-TJT | | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | DOMALSKI, SHELLIE ANN | | **Date Filed (f) or Converted (c):** | 12/01/2011 (c) |
| **For the Period Ending:** | 2/20/2014 | | **§341(a) Meeting Date:** | 12/27/2011 |
| | | | **Claims Bar Date:** | 12/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  DEBTORS RESIDENCE 8238 ANCHOR BAY DRIVE ALGONAC, MI 48001 | $262,000.00 | $152,593.08 | | $152,593.08 | FA |
| 2  TIME SHARE WEEK NO 19 IN CONDOMIUM UNIT NO 409 OF OUTRIGGER BEACH CLUB. ORMOND BEACH, FLORIDA | $5,000.00 | $0.00 | | $0.00 | FA |
| 3  CASH ON HAND | $100.00 | $0.00 | | $0.00 | FA |
| 4  CHECKING ACCT LAKES COMMUNITY CREDIT UNION ACCT#5736 | $820.00 | $0.00 | | $0.00 | FA |
| 5  CHECKING ACCOUNT MICHIGAN STATE UNIVERSITY CREDIT UNION ACCT#350726 (JOINT WITH MCKENNA DOMALSKI) | $91.00 | $0.00 | | $0.00 | FA |
| 6  SAVINGS ACCOUNT MICHIGAN STATE UNIVERSITY CREDIT UNION ACCT#350726 (JOINT WITH MCKENNA DOMALSKI) | $0.00 | $0.00 | | $0.00 | FA |
| 7  HOUSEHOLD FURNITURE AND APPLIANCES | $4,000.00 | $0.00 | | $0.00 | FA |
| 8  COMPUTER AND PRINTER | $4,500.00 | $0.00 | | $0.00 | FA |
| 9  CELL PHONE | $100.00 | $0.00 | | $0.00 | FA |
| 10  ASSORTED CLOTHING | $1,000.00 | $0.00 | | $0.00 | FA |
| 11  COSTUME JEWELRY | $200.00 | $0.00 | | $0.00 | FA |
| 12  TERM LIFE INSURANCE THROUGH AT&T | $0.00 | $0.00 | | $0.00 | FA |
| 13  401K THROUGH EMLOYER AT&T FIDELITY PLAN#35310 | $73,855.13 | $0.00 | | $0.00 | FA |
| 14  2002 PONTIAC GRAND AM MILEAGE=180,000 PAID IN FULL | $3,360.00 | $0.00 | | $0.00 | FA |
| 15  2006 CADILLAC ST LEASED VEHICLE **SEE SCHEDULE G** **SURRENDER** | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$355,026.13     $152,593.08     $152,593.08     $0.00

| Case No.: | 08-58151-TJT | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | DOMALSKI, SHELLIE ANN | | Date Filed (f) or Converted (c): | 12/01/2011 (c) |
| For the Period Ending: | 2/20/2014 | | §341(a) Meeting Date: | 12/27/2011 |
| | | | Claims Bar Date: | 12/09/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
Trustee has administered all assets and proceeding to TFR.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/29/2013 |
| **Current Projected Date Of Final Report (TFR):** | 02/28/2014 |

/s/ KAREN E. EVANGELISTA
KAREN E. EVANGELISTA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-58151-TJT | |
| **Case Name:** | DOMALSKI, SHELLIE ANN | |
| **Primary Taxpayer ID #:** | **-***8226 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/29/2008 | |
| **For Period Ending:** | 2/20/2014 | |

| | |
|---|---|
| **Trustee Name:** | Karen E. Evangelista |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******2238 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/16/2013 | (1) | Shawn Fain | EARNEST DEPOSIT Motion to sell property located at 8238 Achor Bay Drive, Clay Twp., MI | 1110-000 | $5,000.00 | | $5,000.00 |
| 08/01/2013 | (1) | Rudi Nicholas | EARNEST DEPOSIT Motion to sell property located at 8238 Achor Bay Drive, Clay Twp., MI | 1110-000 | $10,000.00 | | $15,000.00 |
| 09/10/2013 | | E Title | Order Authorizing Sale Of Property Free And Clear Of Liens, And Payment Of Real Property Taxes, And Closing Costs At Closing Docket #108 P/O 8/12/13 | * | $62,383.77 | | $77,383.77 |
| | {1} | | Gross Sale Price $146,000.00 | 1110-000 | | | $77,383.77 |
| | {1} | | City/Town taxes prorated from 9/6/13-7/1/14 $1,148.94 | 1110-000 | | | $77,383.77 |
| | {1} | | County taxes prorated from 9/6/13-12/1/13 $208.24 | 1110-000 | | | $77,383.77 |
| | | | Listing agent commission to Global Reality LLC $(4,380.00) | 3510-000 | | | $77,383.77 |
| | | | Selling agent commission to Century 21 AAA North $(4,380.00) | 3510-000 | | | $77,383.77 |
| | | | Payoff of first mortgage loan to LB Homes LLC $(67,305.35) | 4110-000 | | | $77,383.77 |
| | | | 2013 Summer tax to St. Clair County Treasurer $(1,407.26) | 2820-000 | | | $77,383.77 |
| | | | Seller paid owner's premium $(876.70) | 2500-000 | | | $77,383.77 |
| | | | Deed/Mortgage/Release to St. Clair County Register of Deed $(17.00) | 2500-000 | | | $77,383.77 |
| | | | City/County/Tax Stamp to St. Clair County Register of Deeds $(160.60) | 2820-000 | | | $77,383.77 |
| | | | State Tax/Stamp to St. Clair County Register of Deeds $(1,095.00) | 2820-000 | | | $77,383.77 |
| | | | Certification to St. Clair County Treasurer $(1.00) | 2500-000 | | | $77,383.77 |
| | | | Record order authorizing sale to St. Clair County Register of Deeds $(20.00) | 2500-000 | | | $77,383.77 |
| | | | Record certificate of redemption to St. Clair County Register of Deeds $(14.00) | 2500-000 | | | $77,383.77 |
| | | | Water bill due to City of St. Clair Water Dept $(16.50) | 2500-000 | | | $77,383.77 |
| | | | Water escrow to eTitle Agency, Inc $(300.00) | 2500-000 | | | $77,383.77 |
| | | | Deposit retained by seller $(5,000.00) | 2500-000 | | | $77,383.77 |
| | | | **SUBTOTALS** | | $77,383.77 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| **Case No.** | 08-58151-TJT | | **Trustee Name:** | Karen E. Evangelista |
| **Case Name:** | DOMALSKI, SHELLIE ANN | | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** | **-***8226 | | **Checking Acct #:** | ******2238 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 7/29/2008 | | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 2/20/2014 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/10/2013 | 3001 | James Budziak, Global Realty | ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF REAL ESTATE BROKER FOR TRUSTEE Docket No. #110 P/O 9/5/2013 | 3520-000 | | $381.70 | $77,002.07 |
| 09/11/2013 | 3002 | Rudi Nicholas | Lost Bid Funds Retruned to Bidder | 8500-002 | | $10,000.00 | $67,002.07 |
| 09/18/2013 | 3003 | Rudi Nicholas | Lost Bid Funds Retruned to Bidder | 1110-000 | ($10,000.00) | | $57,002.07 |
| 09/18/2013 | 3002 | STOP PAYMENT: Rudi Nicholas | Lost Bid Funds Retruned to Bidder-Bidder did not receive check, stopped payment and re-issued. | 8500-002 | | ($10,000.00) | $67,002.07 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $80.71 | $66,921.36 |
| 10/01/2013 | (1) | Title Escrow | Refund of Water Escrow | 1110-000 | $235.90 | | $67,157.26 |
| 10/08/2013 | 3004 | Gold, Lange, Mojoros, PC | Attorney for Trustee Fees Docket No.115 P/O 10/7/2013 | 3210-000 | | $11,365.00 | $55,792.26 |
| 10/08/2013 | 3005 | Gold, Lange, Mojoros, PC | Attorney for Trustee Expenses Docket No.115 P/O 10/7/2013 | 3220-000 | | $103.10 | $55,689.16 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $98.79 | $55,590.37 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $86.81 | $55,503.56 |
| 12/06/2013 | 3006 | Mayville Mueller. PC | Accountant for Trustee Fess Docket #122 P/O 11/8/2013 | 3410-000 | | $986.00 | $54,517.56 |
| 12/06/2013 | 3007 | Mayville Mueller, PC | Accountant for Trustee Expenses Docket #122 P/O 11/8/2013 | 3420-000 | | $2.00 | $54,515.56 |
| 12/23/2013 | 3008 | Insurance Partners Agency, Inc | Bond Payment | 2300-000 | | $64.87 | $54,450.69 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $88.58 | $54,362.11 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $87.76 | $54,274.35 |
| | | | **TOTALS:** | | $67,619.67 | $13,345.32 | $54,274.35 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $67,619.67 | $13,345.32 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $67,619.67 | $13,345.32 | |

**For the period of 7/29/2008 to 2/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $152,593.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $152,593.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $98,318.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $98,318.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/15/2013 to 2/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $152,593.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $152,593.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $98,318.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $98,318.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 08-58151-TJT | |
| **Case Name:** | DOMALSKI, SHELLIE ANN | |
| **Primary Taxpayer ID #:** | **-***8226 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/29/2008 | |
| **For Period Ending:** | 2/20/2014 | |

| | |
|---|---|
| **Trustee Name:** | Karen E. Evangelista |
| **Bank Name:** | Bank of Texas |
| **Checking Acct #:** | ******2238 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $2,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $67,619.67 | $13,345.32 | $54,274.35 |

**For the period of 7/29/2008 to 2/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $152,593.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $152,593.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $98,318.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $98,318.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/01/2011 to 2/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $152,593.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $152,593.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $98,318.73 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $98,318.73 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 08-58151-TJT | | | | | | | | Trustee Name: | Karen E. Evangelista |
| Case Name: | DOMALSKI, SHELLIE ANN | | | | | | | | Date: | 2/20/2014 |
| Claims Bar Date: | 12/09/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | GOLD, LANGE, MOJOROS, PC  24901 Northwestern Hwy. Suite 444 Southfield MI 48075 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $6,271.50 | $0.00 | $0.00 | $0.00 | $6,271.50 |
| | GOLD, LANGE, MOJOROS, PC  24901 Northwestern Hwy. Suite 444 Southfield MI 48075 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $114.70 | $0.00 | $0.00 | $0.00 | $114.70 |
| | KAREN E. EVANGELISTA 439 S. Main St. Suite 250 Rochester MI 48307 | Trustee Expenses | Allowed | 2200-000 | $74.84 | $0.00 | $0.00 | $0.00 | $74.84 |
| | KAREN E. EVANGELISTA  439 S. Main St. Suite 250 Rochester MI 48307 | Trustee Compensation | Allowed | 2100-000 | $6,380.98 | $0.00 | $0.00 | $0.00 | $6,380.98 |
| 1 | GMAC  P.O. Box 130424 Roseville MN 55113 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,527.47 | $0.00 | $0.00 | $0.00 | $1,527.47 |
| **Claim Notes:** | ALLOWED ($364.13 was paid by the prior Chapter 13 Trustee, remaining balance is $1,527.47.) | | | | | | | | |
| 2 | ECAST SETTLEMENT CORPORATION  POB 35480 Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $788.28 | $0.00 | $0.00 | $0.00 | $788.28 |
| **Claim Notes:** | ALLOWED ($187.92 was paid by the prior Chapter 13 Trustee, remaining balance is $788.28.) | | | | | | | | |
| 3 | SPECIALIZED LOAN SERVICING,LLC  8742 LUCENT BLVD,SUITE 300 HIGHLANDS RANCH CO 80129 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $52,979.55 | $0.00 | $0.00 | $0.00 | $52,979.55 |
| **Claim Notes:** | Allowed as unsecured in the amount of $52,979.55 docket #133 P/O 2/13/2014 | | | | | | | | |

| Case No. | 08-58151-TJT | | | | | | | | Trustee Name: | Karen E. Evangelista |
| Case Name: | DOMALSKI, SHELLIE ANN | | | | | | | | Date: | 2/20/2014 |
| Claims Bar Date: | 12/09/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | MACYS RETAIL HOLDINGS, INC.<br><br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS GA 31902-0137 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,196.30 | $0.00 | $0.00 | $0.00 | $2,196.30 |
| **Claim Notes:** | ALLOWED ($523.58 was paid by the prior Chapter 13 Trustee, remaining balance is $2,196.30.) | | | | | | | | |
| 5 | CHASE BANK USA,N.A<br><br>P O Box 740933<br>Dallas 75374 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,228.53 | $0.00 | $0.00 | $0.00 | $1,228.53 |
| **Claim Notes:** | ALLOWED ($292.88 was paid by the prior Chapter 13 Trustee, remaining balance is $1,228.53.) | | | | | | | | |
| 6 | ONEWEST BANK, FSB<br><br>6900 Beatrice Dr.<br>Kalamazoo MI 49009 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Deemed fully secured; will not share in general distribution to unsecured creditors per In Re Padget, 119 B.R. 793 (Bankr. D. Colo. 1990) | | | | | | | | |
| 7 | LAKES COMMUNITY CREDIT UNION<br><br>250 N. PERRY STREET<br>Pontiac MI 48342 | General Unsecured § 726(a)(2) | Disallowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOWED docket #125 P/O 12/23/2013 | | | | | | | | |
| 8 | DEPARTMENT OF TREASURY<br><br>INTERNAL REVENUE SERVICE<br>Cincinnati OH 45999-0030 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Amended to zero 11/19/2013 | | | | | | | | |
| 9 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,485.35 | $0.00 | $0.00 | $0.00 | $2,485.35 |
| **Claim Notes:** | ALLOWED ($592.49 was paid by the prior Chapter 13 Trustee, remaining balance is $2,485.35.) | | | | | | | | |

| Case No. | 08-58151-TJT | | | | | | | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DOMALSKI, SHELLIE ANN | | | | | | | | Date: | 2/20/2014 |
| Claims Bar Date: | 12/09/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>PO Box 41067<br>Norfolk VA 23541 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,354.44 | $0.00 | $0.00 | $0.00 | $1,354.44 |
| **Claim Notes:** | ALLOWED ($322.89 was paid by the prior Chapter 13 Trustee, remaining balance is $1354.44.) | | | | | | | | |
| 11 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF<br>GE Money Bank/Lowes Visa Platinum<br>POB 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,661.93 | $0.00 | $0.00 | $0.00 | $5,661.93 |
| **Claim Notes:** | ALLOWED ($1,349.78 was paid by the prior Chapter 13 Trustee, remaining balance is $5,661.93.) | | | | | | | | |
| 12 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>Newark NJ 07193-5480 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $15,797.64 | $0.00 | $0.00 | $0.00 | $15,797.64 |
| **Claim Notes:** | ALLOWED ($3,766.11 was paid by the prior Chapter 13 Trustee, remaining balance is $15,797.64.) | | | | | | | | |
| 13 | STATE OF MICHIGAN<br>Department of Treasury Collections Division Treasury Building Lansing MI 48922 | Claims of Governmental Units | Allowed | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | ALLOWED ($1,094.91 was paid by the prior Chapter 13 Trustee, remaining balance is $0.) | | | | | | | | |
| 14 | STATE OF MICHIGAN<br>Department of Treasury Collections Division Treasury Building Lansing MI 48922 | General Unsecured § 726(a)(2) | Withdrawn | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | WITHDRAWN docket #123 | | | | | | | | |
| 15 | ECAST SETTLEMENT CORPORATION<br>Assignee of HSBC Bank Nevada<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson AZ 85712 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,232.57 | $0.00 | $0.00 | $0.00 | $5,232.57 |
| **Claim Notes:** | ALLOWED ($1,247.42 was paid by the prior Chapter 13 Trustee, remaining balance is $5,232.57.) | | | | | | | | |
| 16 | LAKES COMMUNITY CREDIT UNION<br>250 N. PERRY STREET<br>Pontiac MI 48342 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,197.43 | $0.00 | $0.00 | $0.00 | $7,197.43 |
| **Claim Notes:** | ALLOWED as general unsecured in the amount of $7,197.43 docket #129 1/0 12/23/2015 | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| **Case No.** 08-58151-TJT | | | **Trustee Name:** Karen E. Evangelista | |
| **Case Name:** DOMALSKI, SHELLIE ANN | | | **Date:** 2/20/2014 | |
| **Claims Bar Date:** 12/09/2013 | | | | |
| **$109,291.51** | **$0.00** | **$0.00** | **$0.00** | **$109,291.51** |

| | |
|---|---|
| **Case No.** 08-58151-TJT | **Trustee Name:** Karen E. Evangelista |
| **Case Name:** DOMALSKI, SHELLIE ANN | **Date:** 2/20/2014 |
| **Claims Bar Date:** 12/09/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $114.70 | $114.70 | $0.00 | $0.00 | $0.00 | $114.70 |
| Attorney for Trustee Fees (Other Firm) | $6,271.50 | $6,271.50 | $0.00 | $0.00 | $0.00 | $6,271.50 |
| Claims of Governmental Units | $1,094.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $115,096.93 | $96,449.49 | $0.00 | $0.00 | $0.00 | $96,449.49 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $213,274.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $10,879.65 | $6,380.98 | $0.00 | $0.00 | $0.00 | $6,380.98 |
| Trustee Expenses | $74.84 | $74.84 | $0.00 | $0.00 | $0.00 | $74.84 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 08-58151-TJT
Case Name: SHELLIE ANN DOMALSKI
Trustee Name: Karen E. Evangelista

Balance on hand: $54,274.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 6 | OneWest Bank, FSB | $213,274.47 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $54,274.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Karen E. Evangelista, Trustee Fees | $6,380.98 | $0.00 | $6,380.98 |
| Karen E. Evangelista, Trustee Expenses | $74.84 | $0.00 | $74.84 |
| Gold, Lange, Mojoros, PC, Attorney for Trustee Fees | $6,271.50 | $0.00 | $6,271.50 |
| Gold, Lange, Mojoros, PC, Attorney for Trustee Expenses | $114.70 | $0.00 | $114.70 |

Total to be paid for chapter 7 administrative expenses: $12,842.02
Remaining balance: $41,432.33

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $41,432.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $41,432.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $96,449.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | GMAC | $1,527.47 | $0.00 | $656.15 |
| 2 | eCAST Settlement Corporation | $788.28 | $0.00 | $338.63 |
| 3 | SPECIALIZED LOAN SERVICING,LLC | $52,979.55 | $0.00 | $22,758.71 |
| 4 | MACYS RETAIL HOLDINGS, INC. | $2,196.30 | $0.00 | $943.48 |
| 5 | Chase Bank USA,N.A | $1,228.53 | $0.00 | $527.75 |
| 8 | DEPARTMENT OF TREASURY | $0.00 | $0.00 | $0.00 |
| 9 | LVNV Funding LLC its successors and assigns as | $2,485.35 | $0.00 | $1,067.65 |
| 10 | Portfolio Recovery Associates | $1,354.44 | $0.00 | $581.83 |
| 11 | eCAST Settlement Corporation assignee of | $5,661.93 | $0.00 | $2,432.23 |
| 12 | eCAST Settlement Corporation | $15,797.64 | $0.00 | $6,786.28 |
| 15 | eCAST Settlement Corporation | $5,232.57 | $0.00 | $2,247.78 |
| 16 | LAKES COMMUNITY CREDIT UNION | $7,197.43 | $0.00 | $3,091.84 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $41,432.33 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00